IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JONATHAN D. DORFMAN : CIVIL ACTION
:
v. :
: No. 09-6158
MICHAEL J. ASTRUE :

## ORDER

AND NOW, this 30th day of June, 2010, upon consideration of plaintiff's Request for Review and defendant's response thereto, and after careful review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, it is ordered that:

1. Defendant's objections to the Report and Recommendation are overruled;

2. Plaintiff's Request for Review is granted in part and denied in part; and

2. The matter shall be remanded to obtain an RFC assessment by plaintiff's treating mental health professionals.

BY THE COURT:


/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.